IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARBARA E. BULLMAN, ET AL. | * | |
| | * | |
| v. | * | Civil No. – JFM-14-3972 |
| | * | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT | * | |

******

## MEMORANDUM

Plaintiffs have appealed the decision of the Office of Personnel Management to deny benefits to plaintiffs. Defendants filed a motion for summary judgment. The motion will be granted.

Four Circles Recovery Center is not a "covered facility provider" within the meaning of the 2012 Service Benefit Plan. Indeed, it is a wilderness-based treatment program that is expressly excluded from the Plan. Accordingly, the decision of OPM was fully supported by the evidence.

A separate order granting defendant's motion is being entered herewith.

Date: 1/5/1?

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2015 DEC -9 AM 11:29
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED

1